```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALONSO BANegas,

                       Petitioner,

      -against-

THOMAS DECKER, *et al.*,

                       Respondents.

21-CV-2359 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 17, 2021, Petitioner filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Dkt. 1);

    IT IS HEREBY ORDERED THAT: Respondents must answer or otherwise respond to the Petition no later than **April 16, 2021**. Petitioner's reply is due by **April 30, 2021**.

**SO ORDERED.**

Dated: **March 18, 2021**
       **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**