```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALONSO BANEGAS,

                Petitioner,

     -against-

THOMAS DECKER, *et al.*,

                Respondents.

21-CV-2359 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 17, 2021, Petitioner filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Dkt. 1);

WHEREAS on March 26, 2021, the Court of Appeals for the Second Circuit granted a temporary stay of removal pending review of Petitioner's formal motion for a stay of removal and his petition for review ("PFR") of the Board of Immigration Appeals' decision denying his application for relief from removal (Dkt. 17; Case No. 21-6128);

IT IS HEREBY ORDERED THAT:  No later than **April 26, 2021** Petitioner may file a supplemental brief in support of his habeas petition in light of the Second Circuit's temporary stay.  The Government's opposition is due by **May 3, 2021**.  Both briefs are limited to ten pages, double spaced.  The Court urges the parties to focus on the impact of the Second Circuit's decision in *Velasco Lopez v. Decker et al.*, 978 F.3d 842 (2d Cir. 2020) on whether Petitioner is entitled to a bond hearing in which the Government would bear the burden to show that Petitioner's continued detention is justified.

**SO ORDERED.**

Dated:  March 18, 2021
         New York, New York

                                                **VALERIE CAPRONI**
                                                **United States District Judge**