USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALONSO BANEGAS,

                Petitioner,

    -against-

THOMAS DECKER, *et al.*,

                Respondents.

21-CV-2359 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on May 7, 2021, the Court granted Mr. Banegas' *habeas corpus* petition, Dkt. 26;

    WHEREAS on July 9, 2021, the Government appealed the Court's decision, Dkt. 39; and

    WHEREAS the Government has withdrawn its appeal, Dkt. 31;

    IT IS HEREBY ORDERED that this case is closed. The Clerk of Court is respectfully directed to terminate all open motions and close this case.

**SO ORDERED.**

Dated: April 13, 2022
       New York, New York

                                **VALERIE CAPRONI**
                              **United States District Judge**